STATE v. ROWE

No. 10 PC.

Case below: 33 N.C. App. 611.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 September 1977.

STATE v. SMITH

No. 2 PC.

Case below: 33 N.C. App. 511.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 September 1977.

STATE v. TOLBERS

No. 208 PC.

Case below: 33 N.C. App. 638.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977.